IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JUDITH DOYLE | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-12-049 |
| | § | |
| CHURCH MUTUAL INSURANCE CO., | § | |
| | § | |
| Defendant | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation from Magistrate Judge Froeschner which recommends that Defendant Church Mutual Insurance Company's Motion for Summary Judgment be granted. (Docket Entry ("Dkt.") No. 30). Plaintiff filed timely objections to the Report and Recommendation (Dkt. No. 31), to which Defendant filed a Response. (Dkt. No. 32).

As required by 28 U.S.C. § 636(b)(1)(C), this Court has given this matter de novo review and, after careful consideration of the Motion and the Objections to the Report and Recommendation, finds that the objections are without merit and that Judge Froeschner's findings and recommendations are well-grounded in law and fact.

Accordingly, it is hereby, **ORDERED AND ADJUDGED** that:

1) Plaintiff Judith Doyle's objections to the Report and Recommendation (Dkt. No. 31) are **OVERRULED**;

2) The Report and Recommendation of Magistrate Judge Froeschner (Dkt. No. 30) is **ACCEPTED** and **ADOPTED**;

3) Defendant Church Mutual Insurance Company's Motion for Summary Judgment (Dkt. No. 23), considered along with its first supplement, is **GRANTED**; and

4) Plaintiff Judith Doyle's action is **DISMISSED**.

**SIGNED** at Galveston, Texas, this 23rd day of September, 2013.

_____
Gregg Costa
United States District Judge